## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KAYLA JOHNSON** | **CIVIL ACTION NO.: 2:17-cv-6226** |
| **VERSUS** | **JUDGE: MARTIN L.C. FELDMAN** |
| **MEGABUS SOUTHEAST, LLC, COACH USA, INC, GREENWICH INSURANCE COMPANY AND RODNEY TURNER** | **MAG. JUDGE: JOSEPH C. WILINSON, JR.** |
| | **SECTION: F** |

## **ORDER**

In consideration of the foregoing Joint Motion to Dismiss;

IT IS ORDERED, ADJUDGED, AND DECREED that the claims and causes of action asserted by Plaintiff, Kayla Johnson, in the above-captioned matter be dismissed in their entirety against Defendants, Megabus Southeast, LLC, Coach USA, Inc., Greenwich Insurance Company, and Rodney Turner ("Defendants") with prejudice.

IT IS FURTHER ORDERED that each party will bear its own costs.

New Orleans, Louisiana, this __1st__ day of _____March_____, 2018.

_____
**HONORABLE MARTIN L.C. FELDMAN**